IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CV-41

REGIONAL MEDICAL SERVICES, INC., )
                                     )
Plaintiff,             )
                                     )
v.                                 )        O R D E R
                                     )
RICHARD GOODSTEIN,       )
                                     )
Defendant.           )
                                     )

       This matter is before the Court on Defendant's Motion to Stay Proceedings. The Motion is DENIED as moot.

       Bankruptcy Code 11 U.S.C. §362 automatically stays judicial proceedings against the debtor and against the debtor's property after he has filed for bankruptcy. Here, the Defendant filed for Chapter 7 on November 12, 2010 in the Bankruptcy Court of the Western District of Michigan. (Case No: 10-13482). That Bankruptcy Court has stayed all judicial proceedings against Defendant, including the instant case before this Court. Therefore, Defendant has already received his requested relief, and the matter is moot.

SO ORDERED, this _2 4_ day of January, 2011.

                                  TERRENCE W. BOYLE
                                  UNITED STATES DISTRICT JUDGE